Albert Lewis HUGGINS v. STATE of Arkansas

CR 94-564                                            877 S.W.2d 935

Supreme Court of Arkansas
Opinion delivered June 27, 1994

Motion for Rule on the Clerk; granted.

*Addie M. Burks*, for appellant.

No response.

PER CURIAM. Appellant has filed a motion for a rule on the clerk. His attorney, Addie M. Burks, has admitted that the notice of appeal was filed prematurely on February 15, 1994, while his motion for a new trial was still pending. Since his attorney has admitted his responsibility, that is good cause in a criminal case to grant the motion for a rule on the clerk.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.